UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI L. TIFFANY,
    Plaintiff,

Vrs                                                        NO: 1:07-cv-1010
                                                       Hon: Richard Alan Enslen
                                                       U. S. District Judge

UNUM LIFE INSURANCE COMPANY OF
AMERICA  and
GENMAR TRANSPORTATION Inc.
     Defendants.
_____

| | |
|---|---|
| Richard L. Benedict (P10675) | J. Michael Smith (P24530) |
| Benedict & Benedict PC | D.Andrew Portinga (P55804) |
| Co counsel for Plaintiff | MILLER JOHNSON |
| 121 Garfield | Counsel for UNUM Group |
| P.O. Box 6850 | 250 Monroe, NW, Suite 800 |
| Traverse City, MI 49696 | P.O. Box 306 |
| 231 947 1161 | Grand Rapids MI 49501-0306 |
| | (616) 831 1754 |
| Jeffery R. Wingfield (P67318) | |
| Law Office of Dundon & Wingfield | Mark S. Allard (P38164) |
| Co counsel for Plaintiff | VARNUM RIDDERING SCHMIDT |
| P.O. Box 5046 | & HOWLETT LLP |
| Traverse City, MI 49696 | Attorneys for Genmar Transportation |
| 231 947 5644 | 333 Bridge St NW, P.O. Box 352 |
| | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |

_____

**PLAINTIFF, TERI  L. TIFFANY'S, OPPOSITION TO GENMAR TRANSPORTATION'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)**

_____

Plaintiff , by and through her counsel, opposes Genmar Transportation Motion to Dismiss under F.R.C.P. 12(B)(6) on the basis that the Plaintiff's complaint does state a claim upon which relief can be granted against the Defendant, Genmar Transportation. This opposition is supported by the Brief filed contemporaneously.

    Respectfully submitted,

    BENEDICT & BENEDICT PC,
    LAW OFFICES OF DUNDON & WINGFIELD
    Co-counsel for Plaintiff

Dec 19, 2007          /s/_____

    Richard L. Benedict (P10675)
    Business address and telephone
    Benedict & Benedict PC
    121 Garfield
    P.O. Box 6850
    Traverse City, MI 49696
    231 947 1161