UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI L. TIFFANY,

      Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA and GENMAR
TRANSPORTATION INC.,

      Defendants.

Case No:  1:07-cv-1010

HON.  RICHARD ALAN ENSLEN

---

Richard L. Benedict (P10675)
BENEDICT & BENEDICT, PC
Co-Counsel for Plaintiff
121 Garfield
P.O. Box 2850
Traverse City, MI  49696
(231) 947-1161

Jeffrey R. Wingfield (P67318)
LAW OFFICE OF DUNDON & WINGFIELD
Co-Counsel for Plaintiff
P.O. Box 5046
Traverse City, MI  49696
(231) 947-5644

J. Michael Smith (P24530)
D. Andrew Portinga (P55804)
MILLER JOHNSON
Attorneys for Unum Life Insurance Company
250 Monroe, N.W., Suite 800
P.O. Box 306
Grand Rapids, MI  49501-0306
(616) 831-1700

Mark S. Allard (P38164)
VARNUM RIDDERING SCHMIDT HOWLETT LLP
Attorneys for Genmar Transportation
333 Bridge Street, N.W.
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000

---

## NOTICE OF RETURN OF PREMIUMS

PLEASE TAKE NOTICE that Unum has refunded the premiums for supplemental life insurance coverage paid by Steven Tiffany, plus interest.  These premiums were refunded to Teri Tiffany, the wife of Mr. Tiffany.  The premiums were refunded to Ms. Tiffany because an estate for Mr. Tiffany was never opened, and Ms. Tiffany has represented that she is sole heir of Mr. Tiffany.

                                  MILLER JOHNSON
                                  Attorneys for Unum Life Insurance Company of America

Dated: March 6, 2008         By   /s/ D. Andrew Portinga
                                           J. Michael Smith (P24530)
                                           D. Andrew Portinga (P55804)
                                Business Address:
                                      250 Monroe Avenue, N.W., Suite 800
                                      PO Box 306
                                      Grand Rapids, Michigan  49501-0306
                                Telephone:  (616) 831-1700